IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON K. GATZKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-2281 |
| | § | |
| FEDERAL NATIONAL MORTGAGE | § | |
| ASSOCIATION a/k/a FANNIE MAE, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendants, Federal National Mortgage Association a/k/a Fannie Mae ("Fannie Mae") and Bank of America, N.A. ("Bank of America") (collectively "defendants"), filed a motion to reinstate and motion to enforce the settlement. (Docket Entry No. 10). The court set the motion for a hearing. Despite notice, counsel for plaintiff failed to appear. The defendants' motion is granted.

This action is reinstated as an active case on the court's docket. The agreement between defendants and plaintiff in this suit is enforced. The plaintiff, Jason Kyle Gatzka, is ordered to vacate the property promptly. Bank of America will promptly tender payment of $3,000 to the plaintiff's counsel. Plaintiff's claims are dismissed, with prejudice.

SIGNED on December 5, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge